# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| USA<br><br>                             Plaintiff,<br>V.<br>Juan Martinez<br><br>                          Defendant. | Case No.   21-cr-02332-JLS<br><br>REPORT OF CLERK AND ORDER OF TRANSFER PURSUANT TO CRIMINAL LOCAL RULE 57.2 | |

## REPORT OF CLERK PURSUANT TO CRIMINAL LOCAL RULE 57.2

Re:   Lowest Numbered Criminal Case No.:   19-cr-04740-DMS

      Title:   USA v. Sanchez-Martinez

      Nature of Case:   8:1326(a), (b) - Attempted Reentry of Removed Alien (1)

The above "low numbered" case and the present case appear:

| | |
|---|---|
| ☐ | related per (a) more than one indictment/information filed against the same defendant(s), or (b) prosecution against different defendants arising from a common wiretap, a common search warrant, or activities part of the same alleged criminal event/transaction, that is, the cases involve substantially the same facts and the same questions of law; or |
| ☐ | related per civil forfeiture proceeding; or |
| ☐ | related per dismissed case (terminated within one year) involving the same parties and the same subject matter; or |
| ☒ | related per probation or supervised release in this district or transferring district; or |
| ☐ | related per escape under 18 USC 751 from a sentence imposed by a judge in this court; or |
| ☐ | Other: |

New Case #:   21-cr-2332-DMS

This case was transferred pursuant to the Local Rule 57.2. The related cases have been assigned to the same judge.

Dated:   8/10/21

**John Morrill**, Clerk of Court,

By: s/ T. Ferris

T. Ferris, Deputy

## ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE

I hereby consent to transfer of the above-entitled case to my calendar pursuant to Criminal Local Rule 57.2.

Dated:   8-11-21

Dana M. Sabraw
United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of Criminal Local Rule 57.2, IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge Dana M. Sabraw for all further proceedings.

Dated:   08/11/2021

Janis L. Sammartino
United States District Judge